B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McAllister, William** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Wilson, Toya** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6557** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6566** |
| Street Address of Debtor (No. and Street, City, and State):<br>**8216 S Rhodes**<br>**Chicago, IL**      ZIP Code **60619** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**8216 S Rhodes**<br>**Chicago, IL**      ZIP Code **60619** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>□ Corporation (includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | □ Health Care Business<br>□ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>■ Other | ■ Chapter 7<br>□ Chapter 9<br>□ Chapter 11<br>□ Chapter 12<br>□ Chapter 13    □ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>     □ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | □ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | □ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>□ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>   □ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>   □ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>   □ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>   □ A plan is being filed with this petition.<br>   □ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
□ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| □ | □ | □ | □ | □ | □ | □ | □ | □ | □ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| □ | □ | ■ | □ | □ | □ | □ | □ | □ | □ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| □ | □ | □ | □ | ■ | □ | □ | □ | □ | □ |

B1 (Official Form 1)(12/11)                                                                                                        Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **McAllister, William** <br> **Wilson, Toya** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

    ☐ Yes, and Exhibit C is attached and made a part of this petition.

    ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

    ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

    ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____
          (Name of landlord that obtained judgment)

          _____
          (Address of landlord)

    ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **McAllister, William**<br>**Wilson, Toya** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ William McAllister**
Signature of Debtor **William McAllister**

X  **/s/ Toya Wilson**
Signature of Joint Debtor **Toya Wilson**

Telephone Number (If not represented by attorney)

**October  9, 2012**
Date

### Signature of Attorney*

X  **/s/ Julie Gleason**
Signature of Attorney for Debtor(s)

**Julie Gleason 6273536**
Printed Name of Attorney for Debtor(s)

**Gleason & Gleason LLC**
Firm Name

**77 W Washington, Ste 1218**
**Chicago, IL 60602**
Address

**Email: troy@chicagobk.com**
**(312) 578-9530  Fax: (312) 578-9524**
Telephone Number

**October  9, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **William McAllister**
**Toya Wilson** _____    Case No. _____

                            Debtor(s)    Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ William McAllister**
         **William McAllister**
Date: **October  9, 2012**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **William McAllister**
**Toya Wilson**

                       Debtor(s)

Case No. _____

Chapter    **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Toya Wilson**
                 **Toya Wilson**

Date:  **October 9, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **William McAllister,**          Case No. _____
         **Toya Wilson**
                                      ,   Chapter_____**7**_____
                        Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 127,432.00 | | |
| B - Personal Property | Yes | 4 | 338,618.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 1,484,819.26 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 31 | | 364,981.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 4,634.86 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,633.41 |
| Total Number of Sheets of ALL Schedules | | 47 | | | |
| Total Assets | | | 466,050.00 | | |
| Total Liabilities | | | | 1,849,800.94 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **William McAllister,**           Case No. _____
       **Toya Wilson**

_____,     Chapter _____**7**_____
                          Debtors

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **William McAllister,**                                    Case No. _____
       **Toya Wilson**
_____,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence: SFH at 8216 S Rhodes, Chicago, IL 60619 - Keeping** | **Fee simple** | **W** | **92,727.00** | **178,453.00** |
| **SFH at 9322 S Loomis, Chicago, IL PIN #25-05-319-031-0000** | **Fee simple** | **H** | **34,705.00** | **110,410.22** |

| | | |
|---|---|---|
| Sub-Total > | **127,432.00** | (Total of this page) |
| Total > | **127,432.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **William McAllister,**                                Case No. _____

           **Toya Wilson**

                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account w/ Chase** | H | 125.00 |
| | | **Checking Account w/ Chase** | W | 10.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. Household Goods (Bedroom Furniture, Kitchen Appliances, tables, chairs, sofas, and Tvs)** | - | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, Pictures, Videos, and DVDs** | - | 250.00 |
| 6. Wearing apparel. | | **Used Clothing** | - | 600.00 |
| 7. Furs and jewelry. | | **Misc. Costume Jewelry** | - | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance Policy w/ Employer - No CSV** | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **2,085.00** |
|---|---|---|
|  | (Total of this page) | |

  **3**  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **William McAllister,**
      **Toya Wilson**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Pension w/ Current Employer - 100% exempt** | H | 41,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **Beneficiary Interest in Land Trust #126572 - 12 Unit Building at 7800 Ashland PIN# 20-30-435-019-0000 & 10 Unit Building at 6201-03 S Artesian, Chicago, IL PIN# 19-13-431-001-0000** | J | 227,500.00 |
| | | **Beneficiary Interest in Land Trust #133150 - 6 Unit Building at 5757-59 S Peoria, Chicago, IL PIN# 20-17-222-018-0000** | J | 53,333.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  | Sub-Total > | 321,833.00 |
|---|---|---|
| | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **William McAllister,**
       **Toya Wilson**
                                           Case No. _____
                                                   ,
                                           Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential 2012 Tax Refund (student loans usually take this)** | J | 8,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Chevy Suburban** | H | 3,200.00 |
| | | **1998 Lexus LS 400** | H | 3,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >     **14,700.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **William McAllister,**
      **Toya Wilson**
                                                Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 338,618.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re **William McAllister,**         Case No. _____
      **Toya Wilson**

_____,
              Debtors
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)     $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)     *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account w/ Chase** | **735 ILCS 5/12-1001(b)** | **125.00** | **125.00** |
| **Checking Account w/ Chase** | **735 ILCS 5/12-1001(b)** | **10.00** | **10.00** |
| **Household Goods and Furnishings** | | | |
| **Misc. Household Goods (Bedroom Furniture, Kitchen Appliances, tables, chairs, sofas, and Tvs)** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books, Pictures, Videos, and DVDs** | **735 ILCS 5/12-1001(a)** | **250.00** | **250.00** |
| **Wearing Apparel** | | | |
| **Used Clothing** | **735 ILCS 5/12-1001(a)** | **600.00** | **600.00** |
| **Furs and Jewelry** | | | |
| **Misc. Costume Jewelry** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Pension w/ Current Employer - 100% exempt** | **735 ILCS 5/12-1006** | **100%** | **41,000.00** |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Potential 2012 Tax Refund (student loans usually take this)** | **735 ILCS 5/12-1001(b)** **735 ILCS 5/12-1001(g)(1)** | **3,765.00** **2,882.00** | **8,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2000 Chevy Suburban** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **3,200.00** |
| **1998 Lexus LS 400** | **735 ILCS 5/12-1001(b)** | **3,000.00** | **3,500.00** |

                                Total:       **55,132.00**       **57,785.00**

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **William McAllister,**
**Toya Wilson**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Advanced Window Corp<br>4935 W LeMoyne<br>Chicago, IL 60651 | | J | 12 Unit Building at 7800 Ashland PIN# 20-30-435-019-0000<br><br>Value $ 227,500.00 | | | | 3,200.00 | 3,200.00 |
| Account No.<br><br>Advanced Window Corp<br>c/o Kevin Krantz<br>55 W Monroe St, Ste 1200<br>Chicago, IL 60603 | | | Representing:<br>Advanced Window Corp<br><br>Value $ | | | | Notice Only | |
| Account No. xxxxxxx6572<br><br>Chicago Title Land Trust Company<br>171 N Clark St, Ste 575<br>Chicago, IL 60601 | | - | 2008<br>Land Trust Fees<br><br>Value $ 0.00 | | | | 285.00 | 285.00 |
| Account No. xxxxxx0433<br><br>City of Chicago<br>c/o Mara S Georges, Corporation Cou<br>30 N La Salle St, Room 700<br>Chicago, IL 60602 | | H | Receiver expenses<br>6 Unit Building at 5757-59 S Peoria, Chicago, IL PIN# 20-17-222-018-0000<br><br>Value $ 53,333.00 | | | | 3,646.44 | 3,646.44 |
| **4** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 7,131.44 | 7,131.44 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **William McAllister,**                                                    Case No. _____
       **Toya Wilson**

_____,
                           Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**City of Chicago<br>Department of Buildings<br>120 N. Racine<br>Chicago, IL 60607** | | H | SFH at 9322 S Loomis, Chicago, IL PIN #25-05-319-031-0000<br><br><br>Value $     **34,705.00** | | | | **1,075.00** | **1,075.00** |
| Account No. **xxxxxx-xx3226**<br><br>**City of Chicago Dept. of Water Mgmt<br>333 S. State Street<br>Chicago, IL 60602** | | J | 10 Unit Building at 6201-03 S Artesian, Chicago, IL PIN# 19-13-431-001-0000<br><br><br>Value $     **227,500.00** | | | | **6,622.67** | **6,622.67** |
| Account No. **xxxxxx-xx0315**<br><br>**City of Chicago Dept. of Water Mgmt<br>333 S. State Street<br>Chicago, IL 60602** | | J | 10 Unit Building at 6201-03 S Artesian, Chicago, IL PIN# 19-13-431-001-0000<br><br><br>Value $     **227,500.00** | | | | **9,460.27** | **9,460.27** |
| Account No. **xxxxxx-xx8418**<br><br>**City of Chicago Dept. of Water Mgmt<br>333 S. State Street<br>Chicago, IL 60602** | | - | 6 Unit Building at 5757-59 S Peoria, Chicago, IL PIN# 20-17-222-018-0000<br><br><br>Value $     **53,333.00** | | | | **2,316.91** | **2,316.91** |
| Account No.<br><br>**Baker & Miller PC<br>29 N Wacker Dr, Ste 500<br>Chicago, IL 60606** | | | **Representing:<br>City of Chicago Dept. of Water Mgmt**<br><br><br>Value $ | | | | **Notice Only** | |

Sheet _**1**_ of _**4**_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **19,474.85** | **19,474.85** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **William McAllister,**          Case No. _____
         **Toya Wilson**

_____,
                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-xx1993** | | | **Water bill** | | | | | |
| **City of Chicago Dept. of Water Mgmt** **333 S. State Street** **Chicago, IL 60602** | | H | **SFH at 9322 S Loomis, Chicago, IL PIN #25-05-319-031-0000** | | | | | |
| | | | Value $               **34,705.00** | | | | **543.22** | **543.22** |
| Account No. | | | **Residence: SFH at 8216 S Rhodes, Chicago, IL 60619 - Keeping** | | | | | |
| **City of Chicago Dept. of Water Mgmt** **333 S. State Street** **Chicago, IL 60602** | | W | | | | | | |
| | | | Value $               **92,727.00** | | | | **1,303.00** | **1,303.00** |
| Account No. **x4140** | | | **First Mortgage** | | | | | |
| **Delvison LLC** **c/o Brotchul Pott LLC** **230 W Monroe St** **Chicago, IL 60606** | | - | **6 Unit Building at 5757-59 S Peoria, Chicago, IL PIN# 20-17-222-018-0000** | | | | | |
| | | | Value $               **53,333.00** | | | | **248,070.77** | **194,737.77** |
| Account No. **x4807** | | | **Junior Mortgage Lien** | | | | | |
| **Delvison LLC** **c/o Brotchul Pott LLC** **230 W Monroe St** **Chicago, IL 60606** | | - | **6 Unit Building at 5757-59 S Peoria, Chicago, IL PIN# 20-17-222-018-0000** | | | | | |
| | | | Value $               **53,333.00** | | | | **19,316.98** | **19,316.98** |
| Account No. **xxxx1101** | | | **Opened 10/09/08  Last Active  3/30/12** | | | | | |
| **Grt Sub Acc** **1645 Ogden Ave** **Downers Grove, IL 60515** | | H | **2000 Chevy Suburban** | | | | | |
| | | | Value $               **3,200.00** | | | | **230.00** | **0.00** |

Sheet __**2**__ of __**4**__ continuation sheets attached to        Subtotal
Schedule of Creditors Holding Secured Claims        (Total of this page)

|  | | |
|---|---|---|
| **269,463.97** | **215,900.97** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **William McAllister,**                                    Case No. _____
         **Toya Wilson**
_____,
                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Resurgent Mortgage Servicing** <br>**PO Box 10826** <br>**Greenville, SC 29603** | | W | **1st Mortgage Lien** <br><br>**Residence: SFH at 8216 S Rhodes, Chicago, IL 60619 - Keeping** <br><br>Value $              **92,727.00** | | | | **113,000.00** | **20,273.00** |
| Account No. xxxxxxxxxxxxxxxxxx0707 <br><br>**Urban Partnership Bank** <br>**7054 S Jeffery Blvd** <br>**Chicago, IL 60649** | | - | **Opened  7/01/07  Last Active  2/16/10** <br><br>**First Mortgage** <br><br>**10 Unit Building at 6201-03 S Artesian, Chicago, IL PIN# 19-13-431-001-0000** <br><br>Value $              **227,500.00** | | | | **464,331.00** | **464,331.00** |
| Account No. xxxxxxxxxxxxxxxxxx1004 <br><br>**Urban Partnership Bank** <br>**7054 S Jeffery Blvd** <br>**Chicago, IL 60649** | | - | **Opened 10/01/04  Last Active  2/16/10** <br><br>**First Mortgage** <br><br>**12 Unit Building at 7800 Ashland PIN# 20-30-435-019-0000** <br><br>Value $              **227,500.00** | | | | **301,508.00** | **74,008.00** |
| Account No. xxxxxxxxxxxxxxxxxx0206 <br><br>**Urban Partnership Bank** <br>**7054 S Jeffery Blvd** <br>**Chicago, IL 60649** | | H | **Opened  2/01/06  Last Active  8/17/10** <br><br>**First Mortgage** <br><br>**SFH at 9322 S Loomis, Chicago, IL PIN #25-05-319-031-0000** <br><br>Value $               **34,705.00** | | | | **108,792.00** | **74,087.00** |
| Account No. **12CH19040** <br><br>**Smith Amundsen LLC** <br>**150 N Michigan Ave, Ste 3300** <br>**Chicago, IL 60601** | | | **Representing:** <br>**Urban Partnership Bank** <br><br>Value $ | | | | **Notice Only** | |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        |        **987,631.00**        |        **632,699.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **William McAllister,**
     **Toya Wilson**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxxxxxxx1104** | | | Opened 11/01/04  Last Active  5/27/08 | | | | | |
| **Urban Partnership Bank** **7054 S Jeffery Blvd** **Chicago, IL 60649** | | W | 12 Unit Building at 7800 Ashland PIN# 20-30-435-019-0000 | | | | | |
| | | | Value $              227,500.00 | | | | 70,215.00 | 70,215.00 |
| Account No. **xxxxxxxxxxxxxxxxxxx1106** | | | Opened 11/01/06  Last Active  5/27/08 | | | | | |
| **Urban Partnership Bank** **7054 S Jeffery Blvd** **Chicago, IL 60649** | | W | Residence: SFH at 8216 S Rhodes, Chicago, IL 60619 - Keeping | | | | | |
| | | | Value $               92,727.00 | | | | 64,150.00 | 64,150.00 |
| Account No. **xxxxxxxxxxxxxxxxxxx0606** | | | Opened  6/01/06  Last Active  5/27/08 | | | | | |
| **Urban Partnership Bank** **7054 S Jeffery Blvd** **Chicago, IL 60649** | | - | 12 Unit Building at 7800 Ashland PIN# 20-30-435-019-0000 | | | | | |
| | | | Value $              227,500.00 | | | | 28,753.00 | 28,753.00 |
| Account No. **x5208** | | | 5/12/2006 | | | | | |
| **Urban Partnership Bank** **7054 S Jeffery Blvd** **Chicago, IL 60649** | | - | Construction Loan  10 Unit Building at 6201-03 S Artesian, Chicago, IL PIN# 19-13-431-001-0000 | | | | | |
| | | | Value $              227,500.00 | | | | 38,000.00 | 38,000.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 201,118.00 | 201,118.00 |
| Total (Report on Summary of Schedules) | 1,484,819.26 | 1,076,324.26 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6E (Official Form 6E) (4/10)

.

In re    **William McAllister,**                                                    Case No. _____
         **Toya Wilson**
                                                                          ,
_____
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

<u>0</u>    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **William McAllister,**
       **Toya Wilson**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx7270**<br><br>**1st Source Bank**<br>**5719 Bluffton Rd**<br>**Fort Wayne, IN 46809** | | W | | | 2009 | | | | 700.77 |
| Account No. **xxxxx2642**<br><br>**Abdul Mirza**<br>**2601 W Summerdale Ave**<br>**Chicago, IL 60625** | | W | | | Judgment | | | | 3,500.00 |
| Account No. **xxxxxxxxx6594**<br><br>**ADT**<br>**PO Box 371490**<br>**Pittsburgh, PA 15250** | | J | | | Security Services | | | | 43.84 |
| Account No. **xxxxx1667**<br><br>**ADT**<br>**PO Box 371490**<br>**Pittsburgh, PA 15250** | | H | | | 2008<br>Home Alarm Service | | | | 2,324.79 |
| __30__  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 6,569.40 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **William McAllister,**
        **Toya Wilson**
                                                                    Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **008491482-01-5007** Valentine & Kebartas Inc PO Box 5804 Troy, MI 48007 | | | Representing: ADT | | | | **Notice Only** |
| Account No. Advanced Window Corp 4935 W LeMoyne Chicago, IL 60651 | | W | Windows | | | | **3,200.00** |
| Account No. **xxxxxx1008** AIS Services LLC c/o Law Office of R. Bodmer 4064 N Lincoln, #350 Chicago, IL 60618 | | H | Lawsuit | | | | **0.00** |
| Account No. **xx0567** Allgeier Chiropractic 47 W Polk St, Ste G-1 Chicago, IL 60605 | | W | Medical | | | | **20.00** |
| Account No. Amir Sadiq 3701 W Argyle Chicago, IL 60625 | | W | Former tenant | | | | **1,500.00** |

Sheet no. __1___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **4,720.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **William McAllister,**
**Toya Wilson**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Andrea A Raila & Assoc** <br> **742 N La Salle St, Ste 300** <br> **Chicago, IL 60654** | | H | **2008** <br> **Property Tax Consultants** | | | | 152.59 |
| Account No. <br><br> **Aqil M Khan** <br> **1325 S Finley Rd, Apt 3Q** <br> **Lombard, IL 60148** | | J | **Former tenant** | | | | 4,000.00 |
| Account No. xxxxxx0137 <br><br> **Armor Systems Co** <br> **1700 Kiefer Dr** <br> **Zion, IL 60099** | | H | **Opened 11/01/11** <br> **CollectionAttorney City Of Rolling Meadows Police** | | | | 250.00 |
| Account No. xxxx-xxxx-xxxx-5240 <br><br> **Arrow Financial Services** <br> **5996 W Touhy Ave** <br> **Niles, IL 60714** | | W | **For Citibank** | | | | 1,193.89 |
| Account No. xxxx8795 <br><br> **Asset Acceptance Llc** <br> **Attention: Bankruptcy** <br> **Po Box 2036** <br> **Warren, MI 48090** | | H | **Opened  6/01/09** <br> **FactoringCompanyAccount The Roomplace / World Financia** | | | | 5,284.00 |

Sheet no. __2___ of __30___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,880.48

B6F (Official Form 6F) (12/07) - Cont.

In re  **William McAllister,**            Case No. _____
       **Toya Wilson**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Associated Credit** 115 Flander Rd, Ste 140 Westborough, MA 01581 | | H | For Charter One Bank overdraft fees | | | | 1,165.67 |
| Account No. xxxxxx0679 **ATG Credit** PO Box 14895 Chicago, IL 60614 | | H | For Mercy Hospital & Medical Center | | | | 200.00 |
| Account No. xxxxxx2029 **C&D Masonry restoration** c/o Lawrence Leibforth 4001 W 95th St, Ste 200 Oak Lawn, IL 60453 | | H | Judgment | | | | 8,700.00 |
| Account No. xxx8713 **Capio Partners Llc** 2222 Texoma Pkwy Sherman, TX 75091 | | W | Opened  9/01/08 CollectionAttorney Michael Reese Hospital | | | | 200.00 |
| Account No. xxx3622 **Capio Partners Llc** 2222 Texoma Pkwy Sherman, TX 75091 | | H | Opened  5/01/09 CollectionAttorney Michael Reese Hospital | | | | 200.00 |

Sheet no. __3__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **10,465.67**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William McAllister,**                                               Case No. _____
      **Toya Wilson**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8544**<br><br>**Capio Partners Llc**<br>**2222 Texoma Pkwy**<br>**Sherman, TX 75091** | | H | Opened  5/01/09<br>CollectionAttorney Michael Reese Hospital | | | | 200.00 |
| Account No. **xxx9900**<br><br>**Capio Partners Llc**<br>**2222 Texoma Pkwy**<br>**Sherman, TX 75091** | | H | Opened  5/01/09<br>CollectionAttorney Michael Reese Hospital | | | | 150.00 |
| Account No. **xxxx-xxxx-xxxx-9242**<br><br>**Capital One Bank**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | W | Credit Use | | | | 564.63 |
| Account No.<br><br>**Midland Credit Management**<br>**PO Box 603**<br>**Oaks, PA 19456** | | | Representing:<br>Capital One Bank | | | | Notice Only |
| Account No. **xxxx-xxxx-xxxx-8869**<br><br>**Capital One Bank**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | W | Credit Use | | | | 876.29 |

Sheet no. __**4**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,790.92

B6F (Official Form 6F) (12/07) - Cont.

In re  **William McAllister,**                                    Case No. _____
        **Toya Wilson**
_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Midland Credit management <br>PO Box 603 <br>Oaks, PA 19456** | | | | Representing: <br>**Capital One Bank** | | | | **Notice Only** |
| Account No. **xxxxxx8334** <br><br>**Capital One Bank <br>c/o Blitt & Gaines PC <br>661 Glenn Ave <br>Wheeling, IL 60090** | | H | | Judgment | | | | **421.00** |
| Account No. **xxxxxxxxxxx8421** <br><br>**Capital One, N.a. <br>Capital One Bank (USA) N.A. <br>Po Box 30285 <br>Salt Lake City, UT 84130** | | H | | Opened  6/01/99  Last Active 11/30/10 <br>CreditCard | | | | **499.00** |
| Account No. **7960441** <br><br>**ASG <br>205 Bryant Woods South <br>Amherst, NY 14228** | | | | Representing: <br>**Capital One, N.a.** | | | | **Notice Only** |
| Account No. **xxxx6356** <br><br>**Certegy Payment Recovery Services <br>11601 Roosevelt Blvd. <br>Saint Petersburg, FL 33716** | | H | | 4/4/09 <br>For Kmart NSF Check | | | | **20.00** |

Sheet no. __5___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**940.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **William McAllister,**                                                        Case No. _____
         **Toya Wilson**

_____,
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxxxxx7630** <br><br> **Certegy Payment Recovery Services** <br> **11601 Roosevelt Blvd.** <br> **Saint Petersburg, FL 33716** | | H | | **11/29/06** <br> **For Home Depot NSF Check** | | | | **209.52** |
| Account No. **xxxxxx6285** <br><br> **Charter One** <br> **Attn: Bankruptcy** <br> **1215 Superior Ave** <br> **Cleveland, OH 44114** | | W | | **Bank Fees** | | | | **1,198.86** |
| Account No. <br><br> **CVF Consumer Acquisitions** <br> **3000 Corporate Exchange Dr** <br> **Columbus, OH 43231** | | | | **Representing:** <br> **Charter One** | | | | **Notice Only** |
| Account No. **xxxx2061** <br><br> **Chase Bank** <br> **800 Brooksedge Blvd.** <br> **Westerville, OH 43081-2822** | | W | | **Overdraft fees** | | | | **709.87** |
| Account No. <br><br> **Firstsource Advantage LLC** <br> **205 Bryant Woods South** <br> **Amherst, NY 14228** | | | | **Representing:** <br> **Chase Bank** | | | | **Notice Only** |

Sheet no. __**6**___ of __**30**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,118.25**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William McAllister,**
**Toya Wilson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0885** | | | Administrative Judgment | | | | |
| **City of Chicago** **c/o Heller & Frisone Ltd** **33 N La Salle St, Ste 1200** **Chicago, IL 60602** | | H | | | | | 2,047.00 |
| Account No. | | | Notice only | | | | |
| **City of Chicago** **Corporation Counsel** **300 N LaSalle, Ste 800** **Chicago, IL 60602** | | J | | | | | 0.00 |
| Account No. **xxxxxx1757** | | | Administrative Judgment | | | | |
| **City of Chicago** **c/o Goldman & Grant** **205 W Randolph** **Chicago, IL 60606** | | W | | | | | 450.00 |
| Account No. **xxxxxx1955** | | | Administrative Judgment | | | | |
| **City of Chicago** **c/o Goldman & Grant** **205 W Randolph** **Chicago, IL 60606** | | W | | | | | 450.00 |
| Account No. **xxxxxx4283** | | | Administrative Judgment | | | | |
| **City of Chicago** **c/o Baker & Miller** **29 N Wacker Dr** **Chicago, IL 60603** | | W | | | | | 540.00 |

Sheet no. **7** of **30** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,487.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **William McAllister,**
**Toya Wilson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx4384** | | | | Administrative Judgment | | | | |
| **City of Chicago** c/o Baker & Miller 29 N Wacker Dr Chicago, IL 60603 | | W | | | | | | **1,040.00** |
| Account No. **xxxxxx4369** | | | | Administrative Judgment | | | | |
| **City of Chicago** c/o Baker & Miller 29 N Wacker Dr Chicago, IL 60603 | | W | | | | | | **1,040.00** |
| Account No. **xxxxxx4366** | | | | Administrative Judgment | | | | |
| **City of Chicago** c/o Baker & Miller 29 N Wacker Dr Chicago, IL 60603 | | W | | | | | | **1,040.00** |
| Account No. **xxxxxx5881** | | | | Adminstrative Judgment | | | | |
| **City of Chicago** c/o Talan & Ktsanes 223 W Jackson, #512 Chicago, IL 60606 | | W | | | | | | **440.00** |
| Account No. **xxxxxx7539** | | | | Administrative Judgment | | | | |
| **City of Chicago** c/o Markoff Krasny 29 N Wacker, Ste 550 Chicago, IL 60606 | | W | | | | | | **1,040.00** |

| Sheet no. __8__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **4,600.00** |
|---|---|---|

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William McAllister,**
**Toya Wilson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0133** <br><br> **City of Chicago** <br>**c/o Goldman & Grant** <br>**205 W Randolph** <br>**Chicago, IL 60606** | | W | | **Administrative Judgment** | | | | **14,040.00** |
| Account No. **xxxxxx4609** <br><br> **City of Chicago** <br>**c/o Goldman & Grant** <br>**205 W Randolph** <br>**Chicago, IL 60606** | | H | | **Administrative Judgment** | | | | **1,075.00** |
| Account No. **xxxxx3814** <br><br> **City of Chicago** <br>**c/o Baker & Miller** <br>**29 N Wacker Dr** <br>**Chicago, IL 60603** | | H | | **Administrative Judgment** | | | | **1,055.13** |
| Account No. **xxxxx3425** <br><br> **City of Chicago** <br>**c/o Baker & Miller** <br>**29 N Wacker Dr** <br>**Chicago, IL 60603** | | H | | **Administrative Judgment** | | | | **1,203.86** |
| Account No. **xxxxx9463** <br><br> **City of Chicago** <br>**c/o Baker & Miller** <br>**29 N Wacker Dr** <br>**Chicago, IL 60603** | | H | | **Administrative Judgment** | | | | **1,025.00** |

Sheet no. __9__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,398.99**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William McAllister,**      Case No. _____
**Toya Wilson**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2011**<br><br>**City of Chicago EMS**<br>**33589 Treasury Center**<br>**Chicago, IL 60694-3500** | | W | Medical | | | | 341.00 |
| Account No. **xxx2122**<br><br>**City of Chicago EMS**<br>**33589 Treasury Center**<br>**Chicago, IL 60694-3500** | | H | 4/29/09<br>Medical | | | | 333.00 |
| Account No. **xxxxxxxxxxx4294**<br><br>**CMI Credit Management**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | | H | For Wow Chicago | | | | 505.80 |
| Account No. **xx8128**<br><br>**Collection Professionals, Inc.**<br>**723 First Street**<br>**La Salle, IL 61301-2535** | | W | For McDonough District Hospital, Family Practice Associates & Circus Video | | | | 200.25 |
| Account No. **xxxxxx2012**<br><br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** | | W | Utility | | | | 9,308.12 |

Sheet no. __10__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,688.17

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **William McAllister,**         Case No. _____
         **Toya Wilson**
_____ ,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **IC System Inc** 444 Highway 96 East, PO Box 64437 Saint Paul, MN 55164 | | | Representing: ComEd | | | | **Notice Only** |
| Account No. **xxxxxx3024** **ComEd** PO Box 6111 Carol Stream, IL 60197 | | H | 2007 Utility | | | | 1,414.61 |
| Account No. **xxxxxxx533-0** **Cook County State's Attorney** Bad Check Restitution Program PO Box A3984 Chicago, IL 60690 | | H | Check returned by Menards | | | | 1,067.09 |
| Account No. **xxxxxxx0124** **Credit Collection Services** 2 Wells Ave Newton Center, MA 02459 | | H | For American Family Insurance | | | | 64.10 |
| Account No. **xxxx1437** **Credit Management Lp** 4200 International Pkwy Carrollton, TX 75007 | | H | Opened 7/01/09 CollectionAttorney Wow Chicago | | | | 505.00 |

Sheet no. __11__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,050.80**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William McAllister,**
      **Toya Wilson**

Case No. _____

                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxx0200<br><br>**Credit Protection Assoc**<br>**Attn: Bankruptcy**<br>**PO Box 802068**<br>**Dallas, TX 75380** | | H | **For Chicago Sun Times** | | | | 92.40 |
| Account No. xxxxxx4084<br><br>**Dawana Lewis**<br>**7250 S Mozart**<br>**Chicago, IL 60629** | | J | **Judgment** | | | | 2,500.00 |
| Account No. xx1344<br><br>**Dr Eric Barnes**<br>**1335 E 87th St, Ste B**<br>**Chicago, IL 60619** | | W | **2006**<br>**Medical** | | | | 250.00 |
| Account No. xxxx7690<br><br>**Enhanced Recovery Corp**<br>**Attention: Client Services**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | W | **Opened 3/01/12**<br>**CollectionAttorney People Gas Light And Coke Comp** | | | | 5,589.00 |
| Account No. xxxx6074<br><br>**Equifax Check Services**<br>**PO Box 30272**<br>**Tampa, FL 33630** | | W | **For Chain Reaction** | | | | 74.51 |

Sheet no. __12__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,505.91

B6F (Official Form 6F) (12/07) - Cont.

In re   **William McAllister,**
        **Toya Wilson**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**NCO Finacial System** <br>**PO Box 12100 Dept. 64** <br>**Trenton, NJ 08650** | | | | **Representing:** <br>**Equifax Check Services** | | | | **Notice Only** |
| Account No. **xxxx-7169** <br><br>**Evergreen Emergency Services** <br>**PO Box 428080** <br>**Evergreen Park, IL 60805** | | W | | **Medical** | | | | **328.00** |
| Account No. <br><br>**Frackiel Builders** <br>**6021 W Giddings** <br>**Chicago, IL 60630** | | J | | **Porch repairs on 6201 S Artesian & 7800 Ashland & 5759 Peoria** | | | | **25,000.00** |
| Account No. **12M1136882** <br><br>**Daniel P Scott Ltd** <br>**5440 N Cumberland, Ste 138** <br>**Chicago, IL 60656** | | | | **Representing:** <br>**Frackiel Builders** | | | | **Notice Only** |
| Account No. <br><br>**Frackiel Builders** <br>**6021 W Giddings** <br>**Chicago, IL 60630** | | H | | **11/30/06** <br>**Rear porch at 5757 S Peoria** | | | | **18,800.00** |

Sheet no. __**13**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**44,128.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William McAllister,**                              Case No. _____
       **Toya Wilson**
_____,
                              Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-7971** <br><br> **GC Services** <br> **6330 Gulfton** <br> **Houston, TX 77081** | | W | | **For Bank of America** | | | | **3,354.69** |
| Account No. <br><br> **Globetrotters Engineering** <br> **c/o David Feller** <br> **300 S Wacker Dr, Ste 400** <br> **Chicago, IL 60606** | | H | | **Notice only** | | | | **0.00** |
| Account No. **xx3805** <br><br> **Harris** <br> **222 Merchandise Mart Plz** <br> **Chicago, IL 60654** | | W | | **10 Peoples Gas** | | | | **8,135.00** |
| Account No. <br><br> **Hassan Khaldi** <br> **7800 S Ashland** <br> **Chicago, IL 60620** | | W | | **Former Tenant - Notice Only** | | | | **0.00** |
| Account No. **xxxxx6566** <br><br> **Higham-Whitridge Inc** <br> **850 Ridge Ave** <br> **Pittsburgh, PA 15212** | | W | | **1998** <br> **Medical** | | | | **297.58** |

Sheet no. __**14**__ of __**30**__ sheets attached to Schedule of                    Subtotal                **11,787.27**
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **William McAllister,**
**Toya Wilson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xxxxxxxxxxx3190<br><br>**Home Depot Credit**<br>**PO Box 689100**<br>**Des Moines, IA 50368** | | W | | Credit Use | | | | 3,269.64 |
| Account No.<br><br>**Home Depot Credit**<br>**PO Box 689100**<br>**Des Moines, IA 50368** | | W | | 2007<br>Tool Rental | | | | 6,000.00 |
| Account No. xxxxxxxxxxx8055<br><br>**HSBC / Orchard Bank Credit Cards**<br>**100 Main Street**<br>**Nashua, NH 03060** | | W | | Credit Use | | | | 526.13 |
| Account No. xxxx0623<br><br>**IL Bone & Joint Institute**<br>**5057 Paysphere Circle**<br>**Chicago, IL 60674** | | H | | 2010<br>Medical | | | | 336.00 |
| Account No. xxxxxxxxxxxxxxxxx6403<br><br>**Ill Stdnt As**<br>**1755 Lake Cook Rd**<br>**Deerfield, IL 60015** | | W | | Opened  8/16/07  Last Active  4/04/12<br>Educational Slm Education Credit Fin Corp | | | | 4,630.00 |

Sheet no. __15__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,761.77

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **William McAllister,**
      **Toya Wilson**
                                         ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxxxxxx6401 | | | Opened 8/16/07 Last Active 4/04/12 | | | | |
| Ill Stdnt As 1755 Lake Cook Rd Deerfield, IL 60015 | | W | Educational Slm Education Credit Fin Corp | | | | 2,925.00 |
| Account No. xxxxxxxxxxxxxxxxxx6402 | | | Opened 8/16/07 Last Active 4/04/12 | | | | |
| Ill Stdnt As 1755 Lake Cook Rd Deerfield, IL 60015 | | W | Educational Slm Education Credit Fin Corp | | | | 1,669.00 |
| Account No. xxxxxxxxxxxxxxxxxx6405 | | | Opened 8/16/07 Last Active 4/04/12 | | | | |
| Ill Stdnt As 1755 Lake Cook Rd Deerfield, IL 60015 | | W | Educational Slm Education Credit Fin Corp | | | | 1,545.00 |
| Account No. xxxxxxxxxxxxxxxxxx6404 | | | Opened 8/16/07 Last Active 4/04/12 | | | | |
| Ill Stdnt As 1755 Lake Cook Rd Deerfield, IL 60015 | | W | Educational Slm Education Credit Fin Corp | | | | 808.00 |
| Account No. xxxxxxxxxxxxxxxxxx6406 | | | Opened 8/16/07 Last Active 4/04/12 | | | | |
| Ill Stdnt As 1755 Lake Cook Rd Deerfield, IL 60015 | | W | Educational Slm Education Credit Fin Corp | | | | 773.00 |

Husband, Wife, Joint, or Community

Sheet no. __16__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,720.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **William McAllister,**
　　　　**Toya Wilson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4435** <br><br> **Indiana Dept of Transportation** <br> **100 N Senate Ave, Room IGC-N 725** <br> **Indianapolis, IN 46204** | | H | | | | | 39.00 |
| Account No. **xxxxxx4229** <br><br> **KCA Financial Services** <br> **628 North St, PO Box 53** <br> **Geneva, IL 60134** | | W | For GTE | | | | 1,190.03 |
| Account No. **xx3661** <br><br> **Keynote Consulting** <br> **220 W Campus Dr Ste 102** <br> **Arlington Heights, IL 60004** | | W | Opened  7/01/09 <br> CollectionAttorney Arrandt Hlth Care   Rehab Ctr | | | | 235.00 |
| Account No. **xx6213** <br><br> **Knapp Medical Center** <br> **3303 S Halsted** <br> **Chicago, IL 60608** | | H | 2008 <br> Medical | | | | 95.00 |
| Account No. **xxxxx2088** <br><br> **Law Offices of Pellettieri & Assoc** <br> **111 W Jackson Blvd, 15th Flr** <br> **Chicago, IL 60604** | | W | For Advocate Healthcare Systems/Trinity Hospital | | | | 297.58 |

Sheet no. __17__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,856.61**

B6F (Official Form 6F) (12/07) - Cont.

In re     **William McAllister,**
          **Toya Wilson**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **210117347** <br><br> **Advocate Trinity Hospital** <br> **2320 East 93rd St** <br> **Chicago, IL 60617** | | | Representing: <br> **Law Offices of Pellettieri & Assoc** | | | | **Notice Only** |
| Account No. **xxxx9196** <br><br> **LCA Collections** <br> **PO Box 2240** <br> **Burlington, NC 27216** | | W | For Doctors Clinical Lab/LabCorp | | | | **135.00** |
| Account No. <br><br> **AMCA** <br> **Collection Agency** <br> **4 Westchester Plaza, Building 4** <br> **Elmsford, NY 10523** | | | Representing: <br> **LCA Collections** | | | | **Notice Only** |
| Account No. **xxxx3704** <br><br> **LCA Collections** <br> **PO Box 2240** <br> **Burlington, NC 27216** | | H | For LabCorp | | | | **141.00** |
| Account No. **xxxxxxxx7169** <br><br> **Little Company of Mary** <br> **2800 W. 95th St.** <br> **Evergreen Park, IL 60805** | | W | Medical | | | | **425.24** |

Sheet no. __18__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**701.24**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William McAllister,**
       **Toya Wilson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **Malcolm S Gerald** 332 S. MIchigan, Suite 600 Chicago, IL 60604 | | | | Representing: Little Company of Mary | | | | Notice Only |
| Account No. **xx3295** **Lockhart Morris & Mont** 833 E Arapaho Richardson, TX 75081 | | H | | Opened 10/01/06 CollectionAttorney Security Solutions | | | | 2,066.00 |
| Account No. **xxxxxxxxxxxx6192** **Lvnv Funding Llc** Po Box 740281 Houston, TX 77274 | | H | | Opened 9/01/11 FactoringCompanyAccount Washington Mutu Washington Mut | | | | 4,837.00 |
| Account No. **xx4148** **MCC** PO Box 538 Eau Claire, WI 54702 | | H | | 2006 NSF Check | | | | 852.09 |
| Account No. **xxxxxx0187** **Mercy Hospital & Medical Center** 2525 S Michigan Ave Chicago, IL 60616 | | | W | Medical | | | | 200.00 |

Sheet no. __19__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,955.09

B6F (Official Form 6F) (12/07) - Cont.

In re  **William McAllister,**
        **Toya Wilson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1362** <br><br> **Mercy Hospital & Medical Center** <br> **2525 S Michigan Ave** <br> **Chicago, IL 60616** | | W | Medical | | | | 200.00 |
| Account No. **xxxxxxx0034** <br><br> **Mercy Hospital & Medical Center** <br> **2525 S Michigan Ave** <br> **Chicago, IL 60616** | | H | 2008 <br> Medical | | | | 200.00 |
| Account No. **xxxxxxx0679** <br><br> **Mercy Hospital & Medical Center** <br> **2525 S Michigan Ave** <br> **Chicago, IL 60616** | | H | 2009 <br> Medical | | | | 200.00 |
| Account No. **xxx8806** <br><br> **Mercy Physician Billing** <br> **35072 Eagle Way** <br> **Chicago, IL 60678** | | W | Medical | | | | 15.00 |
| Account No. **xxxxxxxxxxx0066** <br><br> **Mid South Credit Bureau** <br> **Po Box 1567** <br> **Paris, TN 38242** | | W | Opened 12/01/09 <br> CollectionAttorney Med1 02 Michael Reese <br> Medical Ctr Rg | | | | 250.00 |

Sheet no. __20__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

865.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **William McAllister,**                                      Case No. _____
       **Toya Wilson**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx0315 <br><br>**Mid South Credit Bureau**<br>**Po Box 1567**<br>**Paris, TN 38242** | | W | **Opened 12/01/09**<br>**CollectionAttorney Med1 02 Michael Reese Medical Ctr Rg** | | | | 200.00 |
| Account No. <br><br>**Capio Partners LLC**<br>**2222 Texoma Pkwy Ste 150**<br>**Sherman, TX 75090** | | | **Representing:**<br>**Mid South Credit Bureau** | | | | Notice Only |
| Account No. xxxxxxxxxxxx6507 <br><br>**Mid South Credit Bureau**<br>**Po Box 1567**<br>**Paris, TN 38242** | | H | **Opened 12/01/09**<br>**CollectionAttorney Med1 02 Michael Reese Medical Ctr Rg** | | | | 200.00 |
| Account No. xxxxxx5243 <br><br>**Midland Funding**<br>**8875 Aero Dr**<br>**San Diego, CA 92123** | | H | **Opened 12/01/11**<br>**FactoringCompanyAccount T-Mobile** | | | | 1,779.00 |
| Account No. <br><br>**GC Services**<br>**6330 Gulfton**<br>**Houston, TX 77081** | | | **Representing:**<br>**Midland Funding** | | | | Notice Only |

Sheet no. __21__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,179.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **William McAllister,**
         **Toya Wilson**
                                                              Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Law Offices of Mitchell N Kay**<br>**PO Box 2374**<br>**Chicago, IL 60690** | | | | Representing:<br>**Midland Funding** | | | | **Notice Only** |
| Account No. **xxxxxxxxxx3401**<br><br>**Midland Funding**<br>**8875 Aero Drive, Ste 200**<br>**San Diego, CA 92123** | | J | | For Action Card | | | | **946.89** |
| Account No. **07M1152854**<br><br>**Blatt Hasenmiller Leibsker & Moore**<br>**125 S Wacker Dr, Ste 400**<br>**Chicago, IL 60606** | | | | Representing:<br>**Midland Funding** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-7901**<br><br>**Midland Funding**<br>**8875 Aero Drive, Ste 200**<br>**San Diego, CA 92123** | | J | | For Action Card | | | | **1,244.32** |
| Account No.<br><br>**Blatt Hasenmiller Leibsker & Moore**<br>**125 S Wacker Dr, Ste 400**<br>**Chicago, IL 60606** | | | | Representing:<br>**Midland Funding** | | | | **Notice Only** |

Sheet no. __**22**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **2,191.21**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William McAllister,**
        **Toya Wilson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx3325**  **Midland Funding** c/o Blatt Hasenmiller Leibsker 125 S Wacker Dr, Ste 400 Chicago, IL 60606 | | W | | Judgment | | | | 1,004.00 |
| Account No. **xxxxxx0311**  **Midland Funding** c/o Blatt Hasenmiller Leibsker 125 S Wacker Dr, Ste 400 Chicago, IL 60606 | | H | | Judgment | | | | 1,189.21 |
| Account No. **xx0120**  **Midwest Neoped Assoc Ltd** 900 Jorie Blvd, Ste 186 Oak Brook, IL 60523 | | W | | 2005 For Michael Reese Clinic | | | | 20.00 |
| Account No. **xxxxxxxxxxxxxxxxx0701**  **Nationwide** 1100 Locust, Dept 5595 Des Moines, IA 50391 | | H | | 4/15/07 Car Accident | | | | 4,157.63 |
| Account No. **xxxxxxx7062**  **Nationwide Credit Co** 815 Commerce Dr, Ste 100 Oak Brook, IL 60523 | | W | | 2002 For Radiology Imaging Consultants | | | | 134.00 |

Sheet no. __23__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,504.84

B6F (Official Form 6F) (12/07) - Cont.

In re  **William McAllister,**                    Case No. _____
       **Toya Wilson**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6285**<br><br>**NCO Financial**<br>**Attn: Bankruptcy**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | W | **For Citizens Bank** | | | | 980.74 |
| Account No. **xxxx4220**<br><br>**NCO Financial Systems**<br>**Attention: Bankruptcy**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | W | **Opened 11/01/07**<br>**FactoringCompanyAccount Nco/Asgne Of At T** | | | | 459.00 |
| Account No. **xxxx4511**<br><br>**Northstar Location Services LLC**<br>**4285 Genesee St**<br>**Buffalo, NY 14225** | | H | **For Honda Financial Services** | | | | 6,783.01 |
| Account No. **xxxxxxx9-001**<br><br>**Northwestern Memorial Hospital**<br>**PO Box 73690**<br>**Chicago, IL 60673** | | W | **8/18/01**<br>**Medical** | | | | 63.68 |
| Account No. **xxx2646**<br><br>**OSI Collection Services Inc**<br>**1375 E Woodfield Rd, Ste 110**<br>**Schaumburg, IL 60173** | | W | **2007**<br>**For Children's Memorial Hospital** | | | | 215.00 |

Sheet no. __24__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     8,501.43

B6F (Official Form 6F) (12/07) - Cont.

In re  **William McAllister,**
       **Toya Wilson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **NCO Finacial System** <br> **PO Box 12100 Dept. 64** <br> **Trenton, NJ 08650** | | | **Representing:** <br> **OSI Collection Services Inc** | | | | **Notice Only** |
| Account No. **xxxxxx2074** <br><br> **Penn Credit** <br> **916 S 14th St** <br> **PO Box 988** <br> **Harrisburg, PA 17108** | | H | For Vonage | | | | **461.29** |
| Account No. **xxxxxxxxx1529** <br><br> **Peoples Energy** <br> **Attn: Bankruptcy Dept** <br> **130 E Randolph** <br> **Chicago, IL 60601** | | H | **2007** <br> **Utility** | | | | **841.01** |
| Account No. <br><br> **CBCS** <br> **PO Box 163250** <br> **Columbus, OH 43216** | | | **Representing:** <br> **Peoples Energy** | | | | **Notice Only** |
| Account No. <br><br> **KCA Financial Services** <br> **628 North St, PO Box 53** <br> **Geneva, IL 60134** | | | **Representing:** <br> **Peoples Energy** | | | | **Notice Only** |

Sheet no. __25__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,302.30**

B6F (Official Form 6F) (12/07) - Cont.

In re    **William McAllister,**                                      Case No. _____
      **Toya Wilson**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pershing Road Currency Exchange Inc**<br>**1856 W Pershing Rd**<br>**Chicago, IL 60609** | | J | **2007**<br>**NSF Check** | | | | **1,824.00** |
| Account No. **07M1152891**<br><br>**Gerald Slutsky**<br>**2531 Queens Way**<br>**Northbrook, IL 60062** | | | **Representing:**<br>**Pershing Road Currency Exchange Inc** | | | | **Notice Only** |
| Account No. **xxxxxx4248**<br><br>**Pinnacle Credit**<br>**c/o Meyer & Njus PA**<br>**29 S LaSalle St, Ste 635**<br>**Chicago, IL 60603** | | H | **Judgment** | | | | **2,441.00** |
| Account No. **xxx7968**<br><br>**Pinnacle Credit Service**<br>**Po Box 640**<br>**Hopkins, MN 55343** | | H | **Opened  5/01/08**<br>**FactoringCompanyAccount Bank Of America** | | | | **5,854.00** |
| Account No.<br><br>**Bryant Hodge & Assoc**<br>**20 State St, Ste 100**<br>**Bangor, ME 04401** | | | **Representing:**<br>**Pinnacle Credit Service** | | | | **Notice Only** |

Sheet no. __26__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal     **10,119.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **William McAllister,**
       **Toya Wilson**
                                                     ,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**Robin Red Breast Daycare Inc** <br>**318 Robin Rd** <br>**Macomb, IL 61455** | | W | | **Daycare** | | | | **790.00** |
| Account No. **xxxxxxxxx2190** <br><br>**SBC - Illinois** <br>**c/o AT & T** <br>**PO Box 8100** <br>**Carol Stream, IL 60197-8100** | | W | | **Utility** | | | | **95.88** |
| Account No. <br><br>**Asset Acceptance** <br>**Attn: Bankruptcy** <br>**PO Box 2036** <br>**Warren, MI 48090** | | | | **Representing:** <br>**SBC - Illinois** | | | | **Notice Only** |
| Account No. **xxxxx-1155** <br><br>**Second Round LP** <br>**4150 Freidrich Lane, Ste 1** <br>**Austin, TX 78744** | | H | | **2011** <br>**For PLS Financial** | | | | **1,425.54** |
| Account No. **xxx8542** <br><br>**Security Credit Servic** <br>**Po Box 1156** <br>**Oxford, MS 38655** | | H | | **Opened 12/01/09** <br>**CollectionAttorney Ge Money Bank** | | | | **857.00** |

Sheet no. __27__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,168.42**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William McAllister,**
　　　　**Toya Wilson**
Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx8038**<br><br>**St Bernard Hospital**<br>**326 W 64th St**<br>**Chicago, IL 60621** | | H | **2009**<br>**Medical** | | | | 200.00 |
| Account No. **xxxx6719**<br><br>**Tate & Kirlin Assoc**<br>**2810 Southampton Rd**<br>**Philadelphia, PA 19154** | | W | Opened 1/01/11<br>CollectionAttorney Adt Security Systems Inc | | | | 486.00 |
| Account No. **xxxxxx8805**<br><br>**Theodore Birndorf & Assoc**<br>**77 W Washington, Ste 1617**<br>**Chicago, IL 60602** | | W | **Attorney Fees** | | | | 68,522.77 |
| Account No. **6406**<br><br>**Think Federal Cred Uni**<br>**5200 Members Pkwy Nw**<br>**Rochester, MN 55903** | | W | Opened 12/10/07  Last Active  5/31/11<br>CheckCreditOrLineOfCredit | | | | 7,651.00 |
| Account No. **xxxxxxxxx0099**<br><br>**Think Federal Cred Uni**<br>**5200 Members Pkwy Nw**<br>**Rochester, MN 55903** | | W | Opened 12/01/07  Last Active 12/31/08<br>CheckCreditOrLineOfCredit | | | | 7,651.00 |

Sheet no. __28__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　84,510.77

　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **William McAllister,**
        **Toya Wilson**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6407**<br><br>**Think Federal Cred Uni**<br>**5200 Members Pkwy Nw**<br>**Rochester, MN 55903** | | H | **Opened 10/31/08 Last Active 5/31/11**<br>**CheckCreditOrLineOfCredit** | | | | 7,156.00 |
| Account No. **xxxxxxxxx0099**<br><br>**Think Federal Cred Uni**<br>**5200 Members Pkwy Nw**<br>**Rochester, MN 55903** | | H | **Opened 10/01/08 Last Active 11/15/08**<br>**CheckCreditOrLineOfCredit** | | | | 7,156.00 |
| Account No. **xxxxxxxxxxxxx8051**<br><br>**Tiburon Finandial**<br>**PO Box 770**<br>**Boys Town, NE 68010** | | J | **For JP Morgan Chase Bank** | | | | 679.87 |
| Account No. **xxxxx8949**<br><br>**Triple D Credit LLC**<br>**2609 Smouldering Wood Dr**<br>**Arlington, TX 76016** | | W | **For Montgomery Wards** | | | | 1,417.33 |
| Account No. **xxxx4552**<br><br>**United Collect Bur Inc**<br>**5620 Southwyck Blvd Ste**<br>**Toledo, OH 43614** | | H | **Opened 10/01/08**<br>**CollectionAttorney Chicago Central Emerg Phys Ll** | | | | 235.00 |

Sheet no. __29__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 16,644.20

B6F (Official Form 6F) (12/07) - Cont.

In re    **William McAllister,**
        **Toya Wilson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxxxxxx0208<br><br>**Urban Partnership Bank**<br>**7054 S Jeffery Blvd**<br>**Chicago, IL 60649** | | H | | **Opened 2/01/08 Last Active 10/15/09**<br>**Unsecured Loan** | | | | 50,000.00 |
| Account No. xxxx000-7<br><br>**Van Ru Credit Corporation**<br>**P.O. Box 2751**<br>**Des Plaines, IL 60017** | | W | | **2000**<br>**For Larabida Children's Hospital** | | | | 230.94 |
| Account No. xxxxxxxxxxx3470<br><br>**Wfnnb/harlem**<br>**Attention: Bankruptcy**<br>**Po Box 182685**<br>**Columbus, OH 43218** | | H | | **Opened 9/02/02 Last Active 8/15/07**<br>**ChargeAccount** | | | | 3,639.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __30__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 53,869.94 |
| Total<br>(Report on Summary of Schedules) | | 364,981.68 |

B6G (Official Form 6G) (12/07)

.

In re     **William McAllister,**                       Case No. _____
           **Toya Wilson**

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Denise Robinson**<br>**7800 S Ashland, Apt 1607**<br>**Chicago, IL 60620** | **Residential Lease - Joint Debtor is the lessor** |
| **Nadia Igbara**<br>**7800 S Ashland**<br>**Chicago, IL 60620** | **Commercial Lease - dba Fresh Choice Grocer-**<br>**Joint Debtor is the lessor.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                  Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re  **William McAllister,**                                     Case No. _____

         **Toya Wilson**

_____,

Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                               Best Case Bankruptcy

**B6I (Official Form 6I) (12/07)**

In re    **William McAllister**
         **Toya Wilson**                             Case No. _____
                     Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):    **Dependent** <br> **Dependent** | AGE(S):    **6** <br> **7** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Parole Agent** | **Unemployed** |
| Name of Employer | **State of Illinois** | |
| How long employed | **13 years** | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **6,797.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **6,797.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **1,253.66** | $ | **0.00** |
|    b. Insurance | $ | **285.66** | $ | **0.00** |
|    c. Union dues | $ | **44.84** | $ | **0.00** |
|    d. Other (Specify):    **Pension** | $ | **577.98** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **2,162.14** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **4,634.86** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **4,634.86** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $    **4,634.86** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
     **None**

B6J (Official Form 6J) (12/07)

In re    **William McAllister**
　　　　**Toya Wilson**　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐　Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 980.00 |
| a. Are real estate taxes included?　Yes **X**　　No ___ | | |
| b. Is property insurance included?　Yes ___　　No **X** | | |
| 2. Utilities:　a. Electricity and heating fuel | $ | 250.00 |
| 　　　　b. Water and sewer | $ | 109.00 |
| 　　　　c. Telephone | $ | 100.00 |
| 　　　　d. Other **Cable/Internet** | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 150.00 |
| 4. Food | $ | 860.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 250.00 |
| 8. Transportation (not including car payments) | $ | 550.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| 　　　　a. Homeowner's or renter's | $ | 113.00 |
| 　　　　b. Life | $ | 87.00 |
| 　　　　c. Health | $ | 0.00 |
| 　　　　d. Auto | $ | 131.00 |
| 　　　　e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| 　　　　(Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| 　　　　a. Auto | $ | 0.00 |
| 　　　　b. Other **2nd Mortgage on Residence** | $ | 443.41 |
| 　　　　c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other　**Personal Care/Grooming** | $ | 60.00 |
| 　　Other　**Auto Repairs/Maintenance** | $ | 50.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,633.41 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
　　**None**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.　Average monthly income from Line 15 of Schedule I | $ | 4,634.86 |
| b.　Average monthly expenses from Line 18 above | $ | 4,633.41 |
| c.　Monthly net income (a. minus b.) | $ | 1.45 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **William McAllister**
      **Toya Wilson**

                 Debtor(s)

Case No. _____

Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **49** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October  9, 2012** _____

Signature    **/s/ William McAllister** _____
                   **William McAllister**
                   Debtor

Date   **October  9, 2012** _____

Signature    **/s/ Toya Wilson** _____
                   **Toya Wilson**
                   Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **William McAllister**
**Toya Wilson**
_____
Debtor(s)

Case No. _____

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

_DEFINITIONS_

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$70,941.00** | **Estimated 2010 Income from Employment** |
| **$73,278.00** | **Estimated 2011 Income from Employment** |
| **$6,797.00** | **Estimated 2012 Income from Employment (monthly)** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$32,180.00** | **2011 Rental Income (before any expenses)** |
| **$88,980.00** | **2010 Rental Income (before any expenses)** |
| **$13,500.00** | **2012 Rental Income (YTD before any expenses)** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **AIS Services LLC v. William McAllister 09M21008** | **Civil** | **Circuit Court of Cook County** | **Pending** |
| **City of Chicago v. William McAllister 09M1660885** | **Civil** | **Circuit Court of Cook County** | **Judgment for Plaintiff** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Abdul Mirza v. Toya Wilson 09M1192642** | **Civil** | **Circuit Court of Cook County** | **Judgment for Plaintiff** |
| **Frackiel Builders v. Toya Wilson 12M1136882** | **Contract** | **Circuit Court of Cook County** | **Pending** |
| **Midland Funding v. William McAllister 09M1210311** | **Contract** | **Circuit Court of Cook County** | **Judgment for Plaintiff** |
| **C&D Masonry Restoration v. William McAllister 09M5002029** | **Contract** | **Circuit Court of Cook County** | **Judgment for Plaintiff** |
| **Pinnacle Credit v. William McAllister 09M1134248** | **Contract** | **Circuit Court of Cook County** | **Judgment for Plaintiff** |
| **Capital One Bank v. William McAllister 08M1198334** | **Contract** | **Circuit Court of Cook County** | **Judgment for Plaintiff** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **1998 BMW 318** | **Stolen** | **2012** |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gleason & Gleason LLC**<br>**77 W. Washington, Ste 1218**<br>**Chicago, IL 60602** | **2012** | **$894.00 attorney fees plus**<br>**$306.00 court filing fee.** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☐

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Chicago Title Land Trust Company,#133150**<br>**171 N Clark St, Ste 575**<br>**Chicago, IL 60601** | **8/3/2004** | **Debtor transferred property into a Land Trust, B.KET Properties LLC has beneficial ownership of this land trust for the property located at 5757-59 S Peoria, Chicago, IL** |
| **Chicago Title Land Trust Company,#126572**<br>**171 N Clark St, Ste 575**<br>**Chicago, IL 60601** | **8/25/2000** | **Joint Debtor transferred the property commonly known as 7800-04 S Ashland, Chicago, IL and 6201-03 S Artesian, Chicago, IL to Land Trust #126572. Chicago Lawn Properties LLC has beneficial ownership of this land trust and was owned by Toya Wilson, William McAllister & Kellen Williams.** |

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **9322 S Loomis, Chicago, IL** | **Same** | **2008 - 2009** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **B.Ket Properties LLC** | 26-1951766 | **1401 W 81st St, 3rd Floor Chicago, IL 60620** | **Property Management - Owned by William McAllister, Toya Wilson, & Kellen Williams** | **2008 - 2009** |
| **Chicago Lawn Properties LLC** | 0245901-9 | **4414 S Wells, Unit 3 Chicago, IL 60609** | **Property Management - owned by Toya Wilson, William McAllister & Kellen Williams** | **2008 - 2009** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                      ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                    DATES SERVICES RENDERED

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME            ADDRESS           DATES SERVICES RENDERED

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                    ADDRESS

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS              DATE ISSUED

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY       INVENTORY SUPERVISOR      DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY            NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS           NATURE OF INTEREST        PERCENTAGE OF INTEREST

8

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **October  9, 2012**      Signature **/s/ William McAllister**
**William McAllister**
Debtor

Date **October  9, 2012**      Signature **/s/ Toya Wilson**
**Toya Wilson**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **William McAllister**
　　　 **Toya Wilson**
　　　　　　　　　　　　　　　　　　　　　　 Case No. _____
　　　　　　　　　　　　　　　　　　　 Debtor(s)　 Chapter　 **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Advanced Window Corp** | **Describe Property Securing Debt:**<br>**12 Unit Building at 7800 Ashland PIN# 20-30-435-019-0000** |

Property will be (check one):
　■ Surrendered　　　　　　　　□ Retained

If retaining the property, I intend to (check at least one):
　□ Redeem the property
　□ Reaffirm the debt
　□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　□ Claimed as Exempt　　　　　　■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Chicago Title Land Trust Company** | **Describe Property Securing Debt:**<br>**Land Trust Fees** |

Property will be (check one):
　■ Surrendered　　　　　　　　□ Retained

If retaining the property, I intend to (check at least one):
　□ Redeem the property
　□ Reaffirm the debt
　□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　□ Claimed as Exempt　　　　　　■ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**City of Chicago** | **Describe Property Securing Debt:**<br>**6 Unit Building at 5757-59 S Peoria, Chicago, IL PIN#**<br>**20-17-222-018-0000** |

Property will be (check one):

■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                          ■ Not claimed as exempt

---

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**City of Chicago** | **Describe Property Securing Debt:**<br>**SFH at 9322 S Loomis, Chicago, IL**<br>**PIN #25-05-319-031-0000** |

Property will be (check one):

■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                          ■ Not claimed as exempt

---

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**City of Chicago Dept. of Water Mgmt** | **Describe Property Securing Debt:**<br>**10 Unit Building at 6201-03 S Artesian, Chicago, IL PIN#**<br>**19-13-431-001-0000** |

Property will be (check one):

■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                          ■ Not claimed as exempt

B8 (Form 8) (12/08)

---

### Property No. 6

**Creditor's Name:**
**City of Chicago Dept. of Water Mgmt**

**Describe Property Securing Debt:**
**10 Unit Building at 6201-03 S Artesian, Chicago, IL PIN# 19-13-431-001-0000**

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

---

### Property No. 7

**Creditor's Name:**
**City of Chicago Dept. of Water Mgmt**

**Describe Property Securing Debt:**
**6 Unit Building at 5757-59 S Peoria, Chicago, IL PIN# 20-17-222-018-0000**

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

---

### Property No. 8

**Creditor's Name:**
**City of Chicago Dept. of Water Mgmt**

**Describe Property Securing Debt:**
**SFH at 9322 S Loomis, Chicago, IL PIN #25-05-319-031-0000**

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                          Page 4

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**City of Chicago Dept. of Water Mgmt** | **Describe Property Securing Debt:**<br>**Residence: SFH at 8216 S Rhodes, Chicago, IL 60619 -**<br>**Keeping** |

Property will be (check one):

☐ Surrendered                        ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                        ■ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Delvison LLC** | **Describe Property Securing Debt:**<br>**6 Unit Building at 5757-59 S Peoria, Chicago, IL PIN#**<br>**20-17-222-018-0000** |

Property will be (check one):

■ Surrendered                        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                        ■ Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**Delvison LLC** | **Describe Property Securing Debt:**<br>**6 Unit Building at 5757-59 S Peoria, Chicago, IL PIN#**<br>**20-17-222-018-0000** |

Property will be (check one):

■ Surrendered                        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                        ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                              Page 5

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**Grt Sub Acc** | **Describe Property Securing Debt:**<br>**2000 Chevy Suburban** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>**Resurgent Mortgage Servicing** | **Describe Property Securing Debt:**<br>**Residence: SFH at 8216 S Rhodes, Chicago, IL 60619 -<br>Keeping** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 14 | |
|---|---|
| **Creditor's Name:**<br>**Urban Partnership Bank** | **Describe Property Securing Debt:**<br>**10 Unit Building at 6201-03 S Artesian, Chicago, IL PIN#<br>19-13-431-001-0000** |

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                           Page 6

| Property No. 15 | |
| --- | --- |
| **Creditor's Name:**<br>**Urban Partnership Bank** | **Describe Property Securing Debt:**<br>**12 Unit Building at 7800 Ashland PIN# 20-30-435-019-0000** |

Property will be (check one):
   ■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                   ■ Not claimed as exempt

| Property No. 16 | |
| --- | --- |
| **Creditor's Name:**<br>**Urban Partnership Bank** | **Describe Property Securing Debt:**<br>**SFH at 9322 S Loomis, Chicago, IL**<br>**PIN #25-05-319-031-0000** |

Property will be (check one):
   ■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                   ■ Not claimed as exempt

| Property No. 17 | |
| --- | --- |
| **Creditor's Name:**<br>**Urban Partnership Bank** | **Describe Property Securing Debt:**<br>**12 Unit Building at 7800 Ashland PIN# 20-30-435-019-0000** |

Property will be (check one):
   ■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                   ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 7

| Property No. 18 | |
|---|---|
| **Creditor's Name:**<br>**Urban Partnership Bank** | **Describe Property Securing Debt:**<br>**Residence: SFH at 8216 S Rhodes, Chicago, IL 60619 -**<br>**Keeping** |

Property will be (check one):

☐ Surrendered                        ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                        ■ Not claimed as exempt

| Property No. 19 | |
|---|---|
| **Creditor's Name:**<br>**Urban Partnership Bank** | **Describe Property Securing Debt:**<br>**12 Unit Building at 7800 Ashland PIN# 20-30-435-019-0000** |

Property will be (check one):

■ Surrendered                        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                        ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                               Page 8

| Property No. 20 | |
|---|---|
| **Creditor's Name:**<br>**Urban Partnership Bank** | **Describe Property Securing Debt:**<br>**10 Unit Building at 6201-03 S Artesian, Chicago, IL PIN# 19-13-431-001-0000** |

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **October  9, 2012**            Signature  **/s/ William McAllister**
                                                   **William McAllister**
                                                   Debtor

Date  **October  9, 2012**            Signature  **/s/ Toya Wilson**
                                                   **Toya Wilson**
                                                   Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **William McAllister**
**Toya Wilson**
_____    Case No. _____
Debtor(s)                                   Chapter    **7**    _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................    $ _____ **894.00**

    Prior to the filing of this statement I have received ........................    $ _____ **894.00**

    Balance Due ......................................................................................    $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law
    firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
        a petition in bankruptcy;**

        **b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;**

        **c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **a. Representation of the debtors in any dischargeability actions, judicial lien avoidances, or any other
        adversary proceeding.**

        **b. Debtor is responsible for the 2 mandatory credit counseling classes.**

        **c. This fee agreement does not include representation in motions to redeem.**

In re    **William McAllister**
     **Toya Wilson**                                               Case No. _____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|
|       I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. <br><br> Dated:   **October  9, 2012** _____          **/s/ Julie Gleason** _____<br>                                                                **Julie Gleason 6273536**<br>                                                                **Gleason & Gleason LLC**<br>                                                                **77 W Washington, Ste 1218**<br>                                                                **Chicago, IL 60602**<br>                                                                **(312) 578-9530  Fax: (312) 578-9524**<br>                                                                **troy@chicagobk.com** |

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com             Best Case Bankruptcy

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **William McAllister**
**Toya Wilson**
_____
Debtor(s)

Case No. _____

Chapter  **7**  _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**William McAllister**
**Toya Wilson**
_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X  **/s/ William McAllister**                     **October  9, 2012**
_____
Signature of Debtor                                     Date

X  **/s/ Toya Wilson**                                 **October  9, 2012**
_____
Signature of Joint Debtor (if any)                 Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **William McAllister**
**Toya Wilson**
_____
Debtor(s)

Case No. _____
Chapter  **7**  _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **124**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **October 9, 2012** _____

**/s/ William McAllister** _____
**William McAllister**
Signature of Debtor

Date:  **October 9, 2012** _____

**/s/ Toya Wilson** _____
**Toya Wilson**
Signature of Debtor

1st Source Bank
5719 Bluffton Rd
Fort Wayne, IN 46809


Abdul Mirza
2601 W Summerdale Ave
Chicago, IL 60625


ADT
PO Box 371490
Pittsburgh, PA 15250


Advanced Window Corp
4935 W LeMoyne
Chicago, IL 60651


Advanced Window Corp
c/o Kevin Krantz
55 W Monroe St, Ste 1200
Chicago, IL 60603


Advocate Trinity Hospital
2320 East 93rd St
Chicago, IL 60617


AIS Services LLC
c/o Law Office of R. Bodmer
4064 N Lincoln, #350
Chicago, IL 60618


Allgeier Chiropractic
47 W Polk St, Ste G-1
Chicago, IL 60605


AMCA
Collection Agency
4 Westchester Plaza, Building 4
Elmsford, NY 10523


Amir Sadiq
3701 W Argyle
Chicago, IL 60625

Andrea A Raila & Assoc
742 N La Salle St, Ste 300
Chicago, IL 60654


Aqil M Khan
1325 S Finley Rd, Apt 3Q
Lombard, IL 60148


Armor Systems Co
1700 Kiefer Dr
Zion, IL 60099


Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714


ASG
205 Bryant Woods South
Amherst, NY 14228


Asset Acceptance
Attn: Bankruptcy
PO Box 2036
Warren, MI 48090


Asset Acceptance Llc
Attention: Bankruptcy
Po Box 2036
Warren, MI 48090


Associated Credit
115 Flander Rd, Ste 140
Westborough, MA 01581


ATG Credit
PO Box 14895
Chicago, IL 60614


Baker & Miller PC
29 N Wacker Dr, Ste 500
Chicago, IL 60606


Blatt Hasenmiller Leibsker & Moore
125 S Wacker Dr, Ste 400
Chicago, IL 60606

Bryant Hodge & Assoc
20 State St, Ste 100
Bangor, ME 04401


C&D Masonry restoration
c/o Lawrence Leibforth
4001 W 95th St, Ste 200
Oak Lawn, IL 60453


Capio Partners Llc
2222 Texoma Pkwy
Sherman, TX 75091


Capio Partners LLC
2222 Texoma Pkwy Ste 150
Sherman, TX 75090


Capital One Bank
PO Box 30285
Salt Lake City, UT 84130


Capital One Bank
c/o Blitt & Gaines PC
661 Glenn Ave
Wheeling, IL 60090


Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130


CBCS
PO Box 163250
Columbus, OH 43216


Certegy Payment Recovery Services
11601 Roosevelt Blvd.
Saint Petersburg, FL 33716


Charter One
Attn: Bankruptcy
1215 Superior Ave
Cleveland, OH 44114

```
Chase Bank
800 Brooksedge Blvd.
Westerville, OH 43081-2822


Chicago Title Land Trust Company
171 N Clark St, Ste 575
Chicago, IL 60601


City of Chicago
c/o Heller & Frisone Ltd
33 N La Salle St, Ste 1200
Chicago, IL 60602


City of Chicago
c/o Mara S Georges, Corporation Cou
30 N La Salle St, Room 700
Chicago, IL 60602


City of Chicago
Corporation Counsel
300 N LaSalle, Ste 800
Chicago, IL 60602


City of Chicago
c/o Goldman & Grant
205 W Randolph
Chicago, IL 60606


City of Chicago
c/o Baker & Miller
29 N Wacker Dr
Chicago, IL 60603


City of Chicago
c/o Talan & Ktsanes
223 W Jackson, #512
Chicago, IL 60606


City of Chicago
c/o Markoff Krasny
29 N Wacker, Ste 550
Chicago, IL 60606
```

City of Chicago
Department of Buildings
120 N. Racine
Chicago, IL 60607


City of Chicago Dept. of Water Mgmt
333 S. State Street
Chicago, IL 60602


City of Chicago EMS
33589 Treasury Center
Chicago, IL 60694-3500


CMI Credit Management
4200 International Pkwy
Carrollton, TX 75007


Collection Professionals, Inc.
723 First Street
La Salle, IL 61301-2535


ComEd
PO Box 6111
Carol Stream, IL 60197


Cook County State's Attorney
Bad Check Restitution Program
PO Box A3984
Chicago, IL 60690


Credit Collection Services
2 Wells Ave
Newton Center, MA 02459


Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007


Credit Protection Assoc
Attn: Bankruptcy
PO Box 802068
Dallas, TX 75380

CVF Consumer Acquisitions
3000 Corporate Exchange Dr
Columbus, OH 43231


Daniel P Scott Ltd
5440 N Cumberland, Ste 138
Chicago, IL 60656


Dawana Lewis
7250 S Mozart
Chicago, IL 60629


Delvison LLC
c/o Brotchul Pott LLC
230 W Monroe St
Chicago, IL 60606


Denise Robinson
7800 S Ashland, Apt 1607
Chicago, IL 60620


Dr Eric Barnes
1335 E 87th St, Ste B
Chicago, IL 60619


Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256


Equifax Check Services
PO Box 30272
Tampa, FL 33630


Evergreen Emergency Services
PO Box 428080
Evergreen Park, IL 60805


Firstsource Advantage LLC
205 Bryant Woods South
Amherst, NY 14228


Frackiel Builders
6021 W Giddings
Chicago, IL 60630

GC Services
6330 Gulfton
Houston, TX 77081


Gerald Slutsky
2531 Queens Way
Northbrook, IL 60062


Globetrotters Engineering
c/o David Feller
300 S Wacker Dr, Ste 400
Chicago, IL 60606


Grt Sub Acc
1645 Ogden Ave
Downers Grove, IL 60515


Harris
222 Merchandise Mart Plz
Chicago, IL 60654


Hassan Khaldi
7800 S Ashland
Chicago, IL 60620


Higham-Whitridge Inc
850 Ridge Ave
Pittsburgh, PA 15212


Home Depot Credit
PO Box 689100
Des Moines, IA 50368


HSBC / Orchard Bank Credit Cards
100 Main Street
Nashua, NH 03060


IC System Inc
444 Highway 96 East,
PO Box 64437
Saint Paul, MN 55164


IL Bone & Joint Institute
5057 Paysphere Circle
Chicago, IL 60674

Ill Stdnt As
1755 Lake Cook Rd
Deerfield, IL 60015


Indiana Dept of Transportation
100 N Senate Ave, Room IGC-N 725
Indianapolis, IN 46204


KCA Financial Services
628 North St, PO Box 53
Geneva, IL 60134


Keynote Consulting
220 W Campus Dr Ste 102
Arlington Heights, IL 60004


Knapp Medical Center
3303 S Halsted
Chicago, IL 60608


Law Offices of Mitchell N Kay
PO Box 2374
Chicago, IL 60690


Law Offices of Pellettieri & Assoc
111 W Jackson Blvd, 15th Flr
Chicago, IL 60604


LCA Collections
PO Box 2240
Burlington, NC 27216


Little Company of Mary
2800 W. 95th St.
Evergreen Park, IL 60805


Lockhart Morris & Mont
833 E Arapaho
Richardson, TX 75081


Lvnv Funding Llc
Po Box 740281
Houston, TX 77274

Malcolm S Gerald
332 S. MIchigan, Suite 600
Chicago, IL 60604


MCC
PO Box 538
Eau Claire, WI 54702


Mercy Hospital & Medical Center
2525 S Michigan Ave
Chicago, IL 60616


Mercy Physician Billing
35072 Eagle Way
Chicago, IL 60678


Mid South Credit Bureau
Po Box 1567
Paris, TN 38242


Midland Credit Management
PO Box 603
Oaks, PA 19456


Midland Funding
8875 Aero Dr
San Diego, CA 92123


Midland Funding
8875 Aero Drive, Ste 200
San Diego, CA 92123


Midland Funding
c/o Blatt Hasenmiller Leibsker
125 S Wacker Dr, Ste 400
Chicago, IL 60606


Midwest Neoped Assoc Ltd
900 Jorie Blvd, Ste 186
Oak Brook, IL 60523


Nadia Igbara
7800 S Ashland
Chicago, IL 60620

Nationwide
1100 Locust, Dept 5595
Des Moines, IA 50391


Nationwide Credit Co
815 Commerce Dr, Ste 100
Oak Brook, IL 60523


NCO Finacial System
PO Box 12100 Dept. 64
Trenton, NJ 08650


NCO Financial
Attn: Bankruptcy
507 Prudential Rd
Horsham, PA 19044


NCO Financial Systems
Attention: Bankruptcy
507 Prudential Rd
Horsham, PA 19044


Northstar Location Services LLC
4285 Genesee St
Buffalo, NY 14225


Northwestern Memorial Hospital
PO Box 73690
Chicago, IL 60673


OSI Collection Services Inc
1375 E Woodfield Rd, Ste 110
Schaumburg, IL 60173


Penn Credit
916 S 14th St
PO Box 988
Harrisburg, PA 17108


Peoples Energy
Attn: Bankruptcy Dept
130 E Randolph
Chicago, IL 60601

Pershing Road Currency Exchange Inc
1856 W Pershing Rd
Chicago, IL 60609


Pinnacle Credit
c/o Meyer & Njus PA
29 S LaSalle St, Ste 635
Chicago, IL 60603


Pinnacle Credit Service
Po Box 640
Hopkins, MN 55343


Resurgent Mortgage Servicing
PO Box 10826
Greenville, SC 29603


Robin Red Breast Daycare Inc
318 Robin Rd
Macomb, IL 61455


SBC - Illinois
c/o AT & T
PO Box 8100
Carol Stream, IL 60197-8100


Second Round LP
4150 Freidrich Lane, Ste 1
Austin, TX 78744


Security Credit Servic
Po Box 1156
Oxford, MS 38655


Smith Amundsen LLC
150 N Michigan Ave, Ste 3300
Chicago, IL 60601


St Bernard Hospital
326 W 64th St
Chicago, IL 60621


Tate & Kirlin Assoc
2810 Southampton Rd
Philadelphia, PA 19154

Theodore Birndorf & Assoc
77 W Washington, Ste 1617
Chicago, IL 60602


Think Federal Cred Uni
5200 Members Pkwy Nw
Rochester, MN 55903


Tiburon Finandial
PO Box 770
Boys Town, NE 68010


Triple D Credit LLC
2609 Smouldering Wood Dr
Arlington, TX 76016


United Collect Bur Inc
5620 Southwyck Blvd Ste
Toledo, OH 43614


Urban Partnership Bank
7054 S Jeffery Blvd
Chicago, IL 60649


Valentine & Kebartas Inc
PO Box 5804
Troy, MI 48007


Van Ru Credit Corporation
P.O. Box 2751
Des Plaines, IL 60017


Wfnnb/harlem
Attention: Bankruptcy
Po Box 182685
Columbus, OH 43218